UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE № 00-6105 CIV-ZLOCH

MAGISTRATE JUDGE SELTZER

ORMANDO GOMEZ,

   Petitioner,

v.

UNITED STATES OF AMERICA,

   Respondent.
_____/

### MOTION FOR RETURN OF PROPERTY

Petitioner, **ORMANDO GOMEZ**, by and through undersigned counsel and pursuant to Fed. R. Crim. P. 41(e), respectfully requests that this Honorable Court enter an Order returning possession of the property seized from Mr. Gomez. As grounds therefore, it is submitted that:

1. On or about January 7, 2000, federal agents obtained and executed a search warrant for the premises located at 4901 N.W. 17th Way, Suite 407, Fort Lauderdale, Florida, which is an office suite used by the Petitioner to operate his consulting business. A copy of the search warrant and its accompanying attachment, which specifies the items that the agents were authorized to seize, is attached hereto as "Exhibit A."

2. The agents executed the warrant in search of documents or other evidence pertaining to Fred Morgenstern, whose office is located on the same floor as **MR. GOMEZ**'.

Law Offices of Samuel J. Rabin, Jr., P.A., 799 Brickell Plaza, Suite 606, Miami, Florida 33131 • Telephone (305) 358-1064

3. According to the accompanying attachment, the agents were authorized to seize documents or other evidence relating to a fraudulent investment scheme, in which Mr. Morgenstern was suspected of being involved.

4. When the agents executed the search warrant, they seized numerous items that were memorialized in an evidence receipt. The receipt, consisting of three (3) pages, is attached herein as "Exhibit B."

5. We submit that the items set forth in "Exhibit B" are not contraband or evidence of a crime. The items seized were not within the scope of the warrant because they do not relate to any person or organization listed in the accompanying attachment. Thus, the aforesaid items were seized in excess of the authority provided by the warrant and as such they should be returned to the Petitioner pursuant to Fed. R. Crim. P. 41(e).

WHEREFORE, the Petitioner, **ORMANDO GOMEZ**, as owner of the seized personal property, respectfully requests that this Honorable Court enter its Order for the return of the property that is neither contraband or evidence of a crime and which was seized outside the authority provided in the warrant.

Respectfully submitted,

**SAMUEL J. RABIN, JR., P.A.**
799 Brickell Plaza, Suite 606
Miami, FL 33131
Tel: (305) 358-1064
Fax: (305) 372-1644
Email: sjrlaw@bellsouth.net

SAMUEL J. RABIN, JR.
Florida Bar N° 273831

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was on this 21st day of January 2000, furnished via U. S. mail to:

Diana Fernandez
Assistant United States Attorney
299 East Broward Boulevard
Ft. Lauderdale, FL  33301


SAMUEL J. RABIN, JR.

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

In the Matter of the Search of
(Name, address or brief description of person, property or premises to be searched)

Premises located at 4901 N.W. 17th Way
Suite 407, Ft. Lauderdale, Florida

## SEARCH WARRANT

CASE NUMBER: 00-4603-SNOW

TO: __Special Agent Patrick G. Brodsky__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __S/A Patrick G. Brodsky__ Affiant who has reason to believe that [ ] on the person of or [x] on the premises known as (name, description and/or location)

premises located at 4901 N.W. 17th Way, Suite 407, Ft. Lauderdale, Florida

in the __SOUTHERN__ District of __FLORIDA__ there is now concealed a certain person or property, namely (describe the person or property)

Those items set forth in Attachment B, which is attached to this search warrant and incorporated by reference herein.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __January 17, 2000__

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to __Lurana S. Snow__ as required by law.
U.S. Judge or Magistrate Judge

__Jan. 7, 2000  3:15 P.M.__    at __Ft. Lauderdale, Florida__
Date and Time Issued                         City and State

Lurana S. Snow
Chief, United States Magistrate Judge                __Lurana S. Snow__
Name and Title of Judicial Officer                     Signature of Judicial Officer

ATTACHMENT / EXHIBIT A

RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| | | |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____     _____
U.S. Judge or Magistrate                              Date

ATTACHMENT B

LIST OF ITEMS TO BE SEIZED

Any and all business and financial records, documents, books, bank statements and related bank records, safe deposit keys, safe deposit box receipts and other items evidencing the obtaining, secreting, transfer and/or concealment of assets and the obtaining, secreting, transfer, concealment and/or expenditure of money, relating to the below listed entities and/or individuals.

Any and all computers, tapes, cassettes, cartridges, software and hardware, computer disks, disk drives, monitors, computer printers, modems, tape drives, other computer related operation equipment, and facsimile machines, relating to the below listed entities and/or individuals.

Any and all currency, records of ownership of any property or valuable asset, real or otherwise, relating to the below listed entities and/or individuals.

Any and all papers, tickets, notes, receipts, items relating to domestic and international travel, including, but not limited to hotels bills, air travel documents, and any other expenditure, relating to the below listed entities and/or individuals.

Virgil Womack
Charlotte Womack
Clifton Wilkinson
Clifton Wilkinson, Jr.
Crystal Wilkinson
Laura Dykes
Fred Morgenstern
Lewey L. Catoe, III
George H. Williamson
Joseph Silvestri
Alvin Tang
Kenneth Turner
Kimberly Franklin
Peggy Preston
Jason Crossen

Gold Coast Check Cashing

41


ATTACHMENT / EXHIBIT B

Alliance Trust
Chemical Trust
Continental Trust
Merrit Pierce Trust
United Marketing
United Marketing Trust
Prestige Accounting Services, Inc.
Three River Trust
New Millennium Trust
New Millennium Management, Inc.
American Resource Corp.
The America Resources
Global Ministries, Inc.
AT Inc.
Triple W. Builders, Inc.
Cardinal Trust
Carver Trust
Falcon Trust
The Falcon Trust Company Ltd.
MPT, INC.
America's International Bank Corp, LTD
America's Fidelity Assurance CO., Ltd.
ACC Capital Consultants, Inc.

All of which are evidence of the fraudulent investment scheme; evidence of the wealth amassed through the fraudulent investment scheme or are items used in furtherance of the fraudulent investment scheme which may contain evidence thereof, the facts of which are made out in the accompanying affidavit.

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATIONS
Receipt for Property Received/Returned/Released/Seized

File # 281A-MM-41505
On January 7, 2000

Room 1:
    Stack of call cards (potential clients) 3x5 cards
    Box of Interaxx for
    Box of Legal Interaxx Technologies Papers
    Box of Interaxx Technologies Newsletter to shareholders
    Box of assorted Lead sheets, investments & offerings
    Investment letter

Room 2:
    Telephone message books
    Assorted
    Assorted files from filing cabinets
    Assorted files from filing cabinets
    Assorted files from filing cabinets
    Assorted files from filing cabinets
    Assorted files from filing cabinets
    Assorted books, contact numbers
    Assorted files from filing cabinets
    Assorted files from filing cabinets
    Assorted files from filing cabinets
    Assorted files from filing cabinets
    Assorted files from filing cabinets
    Corporate descriptions/documents
    Investment & Document/Programs
    Corporate Business Plans
    Stock transfer / Order list
    Sunix Personal Computer (CPU) no serial number
    58 3.5 diskette
    38 3.5 diskette 1 zip disk
    2 Exabyte tape

Room 3:
    Hytec CPU # VEXTRECGEM9
    Exabyte small tape drive #Exabyte EXB-8700 Serial # 15012225 w/power
        Supply & 1 backup tape inside machine
    Computech…no serial # or model #
    1 box containing (5) 8mm data back up tapes
    1 box containing (5) 8mm data back up tapes
    1 box containing (4) 8mm data back up tapes & 1 empty holder

    Box marked Media......containing misc. documents
    Compaq Presario 5086 serial#3D92CF59507K
    Clear plastic box with green lid containing Misc. Documents
    Box of Misc. Documents
    Box of Misc. Documents
    Box of Misc. Documents
    White box of Misc. Documents

Room 11:
    Box of Misc. White cards

Room 12:
    Box of Misc. Documents
    Tan plastic box containing (13) 3.5 floppy disks
    ............Data disk
    storage box containing misc. documents
    Box marked office depot containing misc. documents
    Box containing rolodex

Room 13:
    Box of Misc. Documents
    Box of Misc. Documents
    Box of Misc. Documents
    Box of Misc. Documents
    Box of Misc. Documents

Room 4:
    Dell Monitor serial# S534713ORRU38
    Compaq Presario # 5686 Serial# 3092CF59506A
    (6) Zip disks 3.5
    Box of Misc. Documents
    Box of Misc. Documents
    Box of Misc. Documents, (6) Video cassettes, (3)regular cassettes, (2) Mini Cassettes
    Box of Misc. Documents
    (31) 3.5 Disks
    Rainbow Dongel serial# RB-AK0035698/6P/5515
    (3) checks in clear envelope
    (7) Blank Books
    Manilla folder containing stock certificates with clear envelope

Room 5:
    Dell Dimension XPSD333 Serial# DYHS4
    (1) zip disk
    Black plastic tub containing misc. Documents
    White box containing Misc. Documents
    Check register and First Merit Svcs. Check to IRS and form 941 in box Marked Kinkos/merit Cap.
    Three 3.5 floppy disks in clear envelope
    One box of (12) 3.5 floppy disks
    One box of (12) 3.5 floppy disks

Room 6:
    Box of Misc. Documents
    Box of Misc. Documents
    Box of Misc. Documents
    Box of Misc. Documents
    Tan four drawer file cabinet containing misc. documents
    Three 3.5 floppy disks

Room 7: nothing seized

Room 8:
    Box of Misc. Documents
    Box of Misc. Documents
    Box of Misc. Documents

Room 9:
    Box of Misc. Documents

Room 10:
    Box of Misc. Documents
    Clear plastic box of Misc. Documents

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

**00-6105**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I.(a) PLAINTIFFS
Ormando Gamez

### DEFENDANTS
United States

CIV-ZLOCH MAGISTRATE JUDGE SELTZER

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF ____
(EXCEPT IN U.S. PLAINTIFF CASES)

A: Broward 0:00cv6105 Zloch/Seltzer

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Samuel J. Rabin, Jr.
799 Brickell Plaza, Ste 606
Miami, FL 33131

ATTORNEYS (IF KNOWN)

**(d)** CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, (BROWARD), PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE HIGHLANDS

### II. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury – Med Malpractice | B☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury – Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | A PROPERTY RIGHTS | B☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | | B☐ 640 R.R. & Truck | | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | B☐ 650 Airline Regs | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☒ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | B☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | B☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | A LABOR | B SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| A REAL PROPERTY | A CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | HABEAS CORPUS: | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | B☐ 530 General | | FEDERAL TAX SUITS | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | A☐ 535 Death Penalty | | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | B☐ 540 Mandamus & Other | | A☐ 871 IRS – Third Party 26 USC 7609 | ☒ 890 Other Statutory Actions A OR B |
| ☐ 290 All Other Real Property | | B☐ 550 Civil Rights | | | |
| | | B☐ 555 Prison Condition | | | |

### VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

LENGTH OF TRIAL
via ___ days estimated (for both sides to try entire case)

### VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

### VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE ____
DOCKET NUMBER ____

DATE 1/21/00
SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY
$150.00  815891

RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE 01/21/00