UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6105-CIV-ZLOCH

ORMANDO GOMEZ,

        Petitioner,

vs.

UNITED STATES OF AMERICA,

        Respondent.
_____/

**ORDER OF REFERRAL TO
UNITED STATES MAGISTRATE JUDGE
BARRY S. SELTZER**

Petitioner's Motion For
Return of Property

FILED by _____ D.C.
JAN 25 2000
CLARENCE MADDOX
CLERK U.S. DIST.
S.D. OF FLA. FT. LAUD

THIS MATTER is before the Court upon the Motion For Return of Property, bearing file stamp of the Clerk of this Court dated January 21, 2000, filed herein by the Petitioner, Ormando Gomez. The Court having reviewed the aforementioned Motion, having reviewed the court file and being otherwise fully advised in the premises, it is

**ORDERED** that pursuant to the provisions of 28 U.S.C. § 636 and pursuant to Rule 1 of the Magistrate Rules for the United States District Court, Southern District of Florida, the Petitioner's Motion For Return Of Property is hereby referred to the United States Magistrate Judge for a report and recommendation regarding

disposition of said Motion.

      **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of January, 2000.

                                      WILLIAM J. ZLOCH
                                      United States District Judge

Copies furnished:

The Honorable Barry S. Seltzer
United States Magistrate Judge

Samuel J. Rabin, Jr., Esq.
For Petitioner Gomez

Diana Fernandez, Esq., AUSA