UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE № 006105 CIV-ZLOCH
Magistrate Judge Barry S. Seltzer



ORMANDO GOMEZ,

    *Petitioner,*

v.

UNITED STATES OF AMERICA,

    *Respondent.*
_____/

### NOTICE OF VOLUNTARY DISMISSAL

Petitioner, **ORMANDO GOMEZ**, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1), files this Notice of Voluntary Dismissal and as grounds thereof submits the following:

1.    **ORMANDO GOMEZ** instituted the present action on or about January 21, 2000 to recover property belonging to him, which was seized from his office suite on or about January 7, 2000, by federal agents pursuant to a search warrant.

2.    On February 7, 2000, **MR. GOMEZ**, through undersigned counsel, reached an agreement with United States Assistant Attorneys Brian McCormick and David Stephens, the prosecutors handling the underlying investigation, wherein the government agreed to provide **MR. GOMEZ** with the original documents, computers or other items that are determined not to be relevant to the government's investigation; or in the alternative, to provide **MR. GOMEZ** with

copies of material the government believes to be relevant to its investigation. A copy of the letter setting forth the agreement is attached hereto as "Exhibit A."

3. There are no pending motions, nor has the nonjury matter been submitted to the Court for decision. Therefore, **ORMANDO GOMEZ** hereby exercises his right to dismiss the instant action pursuant to Fed. R. Civ. P. 41(a)(1).

Respectfully submitted,

**SAMUEL J. RABIN, JR., P.A.**
799 Brickell Plaza, Suite 606
Miami, FL  33131
Tel:  (305) 358-1064
Fax:  (305) 372-1644
Email:  sjrlaw@bellsouth.net

SAMUEL J. RABIN, JR.
Florida Bar N° 273831

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was on this ___ day of February 2000, furnished via U. S. mail to:

Brian McCormick
Assistant United States Attorney
299 East Broward Boulevard
Ft. Lauderdale, FL  33301

SAMUEL J. RABIN, JR.

February 7, 2000

David Stephens
Assistant United States Attorney
P.O. Box 10067
Greenville, SC 29603

VIA FACSIMILE (864) 233-3158 AND U. S. MAIL

    Re:   Return of Property seized from Ormando Gomez
              and Bernadette Bell

Dear Mr. Stephens:

This letter serves to memorialize the agreement we reached this morning in connection with the matter referenced above. You agreed to meet with my associate, Julissa Rodriguez, and our client, Ormando Gomez, on Wednesday, February 9, 2000, to permit the inspection and identification of all of the documents seized in connection with the execution of a search warrant at his office premises. Mr. Gomez will identify the documents and other items that belong to him and his associate Bernadette Bell.

As Mr. Gomez conducts his review, you have agreed to provide us with the original documents, computers or other items that are determined not to be relevant to your investigation. In the alternative, you have agreed to provide us with copies of material you believe to be relevant to your investigation.

Should this letter fail to accurately set forth our agreement as you understand it to be, please notify me as soon as you receive this letter. We hope to contact you before the end of the day once we have made our final flight arrangements.

Thank you for your cooperation in this matter.

                                          Sincerely,

                                          SAMUEL J. RABIN, JR.

SJR/jm