UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6105-CIV-ZLOCH

ORMANDO GOMEZ,

    Petitioner

vs.

UNITED STATE OF AMERICA,

    Respondent.

_____/

## REPORT AND RECOMMENDATION TO DISTRICT JUDGE

THIS CAUSE is before the Court on the Motion for Return of Property, filed by Petitioner Ormando Gomez, and was referred to United States Magistrate Judge Barry S. Seltzer pursuant to Magistrate Rule 1(c) and (d), Local Rules of the United States District Court for the Southern District of Florida.

On February 9, 2000, Ormando Gomez filed a Notice of Voluntary Dismissal, dismissing this action pursuant to Fed. R. Civ. P. 41(a)(1). According to the Notice, the parties, through counsel, have reached an agreement resolving this matter. Accordingly, it is respectfully RECOMMENDED that the Motion be DENIED as MOOT and that this action be DISMISSED.

The parties will have ten (10) days from the date of being served with a copy of this Report and Recommendation within which to file written objections, if any, with the

Honorable William J. Zloch, United States District Judge. Failure to file objections timely shall bar the parties from a de novo determination by the district judge of an issue covered in the report and shall bar the parties from attacking on appeal factual findings accepted or adopted by the district court except upon grounds of plain error or manifest injustice. See 28 U.S.C. § 636(b)(1); Nettles v. Wainwright, 677 F.2d 404, 410 (5th Cir. Unit B 1982)(en banc).

DONE AND SUBMITTED at Fort Lauderdale, Florida, this 10th day of February 2000.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable William J. Zloch
United States District Judge

Samuel J. Rabin, Jr., P.A.
799 Brickell Plaza, Suite 606
Miami, Florida 33131
Attorney for Defendant

Brian McCormick, Esquire
Assistant United States Attorney

2