UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6105-CIV-ZLOCH

ORMANDO GOMEZ,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

**FINAL ORDER OF DISMISSAL**


FILED by _____ D.C.
FEB 28 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

    THIS MATTER is before the Court upon the Report And Recommendation To District Judge (DE 4), filed herein by United States Magistrate Judge Barry S. Seltzer. No Objections to said Report And Recommendation have been filed herein.

    The Court has conducted a _de novo_ review of the entire record herein and after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Report And Recommendation To District Judge (DE 4), filed herein by United States Magistrate Judge Barry S. Seltzer be and the same is hereby approved, adopted and ratified by the Court;

    2. Petitioner, Ormando Gomez's, Motion For Return Of Property be and the same is hereby **DENIED** as moot;

    3. The above-styled cause be and the same is hereby

**DISMISSED;** and

4. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _28th_ day of February, 2000.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

The Honorable Barry S. Seltzer
United States Magistrate Judge

Samuel J. Rabin, Jr., Esq.
For Petitioner Gomez

Brian McCormick, Esq., AUSA
For Respondent